■ The People of the State of New York, Respondent, v Keith Cox, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Livingston County Court, Cicoria, J.—assault, third degree.) Present—Callahan, J. P., Doerr, Denman, Green and Balio, JJ.